# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| N.L. Morton Buildings, Ltd. | ) | Bankruptcy No. 12 B 48881 |
|  | ) | Chapter 11 |
|  | ) |  |
| Debtor | ) | Judge Timothy A. Barnes |
|  | ) |  |
|  | ) |  |

To:   See Attached List

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **October 29, 2012,** at the hour of 10:30 A.M., or as soon thereafter as counsel may be heard, I shall appear before the honorable Timothy A. Barnes in Courtroom 613 of the United States Bankruptcy Court, 219 S. Dearborn St., Chicago, Illinois, or any other judge sitting in his place and stead, and shall then and there present the attached **Motion for Entry of Final Decree** a copy of which is hereby served upon you. You may appear if you so choose.

David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265

## CERTIFICATE OF SERVICE

   I, David P. Lloyd, an attorney, certify that I caused a copy of the foregoing Notice and Motion to be served on the parties listed on the attached service list by electronic notice where indicated by insertion of an e-mail address, or by first class mail by depositing with the United States Postal Service, LaGrange, Illinois, postage prepaid, prior to 5:00 P.M., this 22nd day of October, 2012.

                         _____/s/ David P. Lloyd_____
                              David P. Lloyd

| | | |
|---|---|---|
| Service List<br>N.L. Morton Buildings, Ltd.<br>Case 12-48881 | N. L. Morton Buildings, Ltd.<br>4098 State Highway 251 North<br>Mendota, IL 61342-9750<br>7th Floor<br>Chicago, IL 60604-1702 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn |
| Borkholder Buildings & Supply LLC<br>Bradford R Shively<br>Sanders Pianowski LLP<br>300 Riverwalk Dr<br>Elkhart, IN 46516-3040 | Borkholders Building & Supply<br>PO Box 32<br>Nappanee, IN 46550-0032 | Central States Manf.<br>PO Box 11407<br>Dept. 2107<br>Birmingham, AL 35246-2107 |
| Conway MacKenzie Mgmt. Serv. LLC<br>600 Fifth Av.<br>25th Floor<br>New York, NY 10020-2309 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | First State Bank<br>c/o Kirk Ross<br>706 Washington Street<br>Mendota, IL 61342-1675 |
| First State Bank of Mendota<br>PO Box 50<br>Mendota, IL 61342-0050 | Illinois Department Employment Secu<br>Chicago Region -  Revenue<br>33 S. State 10th Floor<br>Chicago, IL 60603-2804 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603-2808<br>Atn: Bankruptcy Unit - 10th flr. |
| Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603-2808<br>Attn: Bankruptcy Unit - 10th flr. | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Illinois Valley Door Comp.<br>Box 325 Hwy 251 south<br>Mendota, IL 61342-0325 |
| James K Stremlau<br>203 N. 4099th Rd.<br>Mendota, IL 61342-9625 | James K. Stremlau<br>4098 State Hwy 251<br>Mendota, IL 61342-9750 | Koolmaster<br>300 2nd st.<br>La Salle, IL 61301-2397 |
| Ohio Timberland Products<br>PO Box 330<br>Stryker, OH 43557-0330 | Plyco Corporation<br>PO Box 386<br>Elkhart Lake, WI 53020-0386 | RG Steel Wheeling LLC Debtor in Possession<br>c/o ASK LLP<br>2600 Eagan Woods Drive Suite 400<br>St Paul, Minnesota 55121-1169 |
| WP Steel Venture LLC<br>c/o John T Siegler<br>2600 Eagan Woods Drive Ste. 400<br>Saint Paul, MN 55121-1169 | David P Lloyd<br>David P. Lloyd, Ltd.<br>615B S. LaGrange Rd.<br>LaGrange, IL 60525-6864 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| N.L. Morton Buildings, Ltd. | ) | Bankruptcy No. 12 B 48881 |
| | ) | Chapter 11 |
| | ) | |
| Debtor | ) | Judge Timothy A. Barnes |
| | ) | |
| | ) | |

## MOTION FOR ENTRY OF FINAL DECREE

NOW COMES the Debtor, N.L. Morton Buildings, Ltd., by and through its attorney, David P. Lloyd, and moves this honorable Court for entry of a final decreee in this confirmed Chapter 11 case, and in support thereof states as follows:

1. The Debtor filed a voluntary Chapter 11 petition on December 13, 2012. The Debtor's Plan was confirmed on August 7, 2013.

2. Administrative claims that have been allowed by the Court have been paid or otherwise resolved.

3. All priority claims have been resolved.

4. The Debtor has made the first plan payment toward holders of general unsecured claims.

5. Evidence of the payments of the above are set forth on the attached exhibit.

6. Said payments constitute substantial consummation of the confirmed plan and this case should now be closed.

WHEREFORE the Debtor prays that the Court enter a final decree and direct the Clerk of the Court to close the case.

        Respectfully submitted,
        N.L. Morton Buildings, Ltd.


        By:_____/s/ David P. Lloyd_____
                Its attorney

David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265