UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   12-48881 |
| N.L. Morton Buildings, Ltd. | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
| Debtor(s) | ) | |

## FINAL DECREE

THIS CAUSE coming on to be heard on the Debtor's motion for entry of final decree, due notice having been given, the Court finding that the Debtor has substantially consummated the confirmed plan, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that the Motion for Final Decree is granted. The Clerk of Court is directed to close this case. *THE DEBTOR SHALL PAY ANY FEES DUE TO THE UNITED ~~STATES~~ STATES TRUSTEE PROMPTLY.*

Enter:

Dated: -6 NOV 2013

United States Bankruptcy Judge

**Prepared by:**
David P. Lloyd
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265

Rev: 20120501_bko